**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **LESTER BLOUNT,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CONSTELLIS, LLC**<br><br>***Defendant.*** | **Civil Action No. 2025-CAB-005267**<br>**Hon. Tanya Jones Bosier**<br><br>**Next Event: Answer due:**<br>**September 26, 2025** |

**DEFENDANT CONSTELLIS, LLC'S**
**NOTICE OF FILING NOTICE OF REMOVAL**

**PLEASE TAKE NOTE THAT**, on September 24, 2025, Defendant Constellis, LLC, by undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446(a), filed its Notice of Removal in the United States District Court for the District of Columbia. A copy of Defendant's Notice of Removal, without exhibits, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal with the United States District Court, together with the filing of this Notice of Filing of Removal, effect the removal of the action and this Court shall proceed no further unless and until the case has been remanded.

Dated: September 24, 2025

Respectfully submitted,

*/s/Richard J. Batzler*

Richard J. Batzler (D.C. Bar No. 90011085)
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
rbatzler@mcguirewoods.com

***Counsel for Defendant Constellis, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2025, a copy of the foregoing Notice was electronically filed with the Court and served via eFileDC and first-class mail, postage prepaid, on all counsel and parties of record.

David A. Branch
Law Offices of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036

*/s/Richard J. Batzler*
Richard J. Batzler