**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**CONSTELLIS, LLC,**<br><br>***Defendant.*** | **Case No. 1:25-cv-3383** |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Constellis, LLC, certify that to the best of my knowledge and belief, that Constellis has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of its stock and which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 24, 2025

Respectfully submitted,

**CONSTELLIS, LLC**

*/s/Richard J. Batzler*

Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice* forthcoming)
ibabichenko@mcguirewoods.com
Daniel P. Peyton
(*pro hac vice* forthcoming)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2025, a copy of the foregoing was electronically filed with the Court and served via CM/ECF Notice of Electronic Filing and first-class mail, postage prepaid, on all counsel and parties of record.

David A. Branch
Law Offices of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036

*/s/Richard J. Batzler*
Richard J. Batzler