**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br>***Plaintiff,***<br>**v.**<br>**CONSTELLIS, LLC,**<br>***Defendant.*** | **Case No. 1:24-cv-3383** |

**CONSTELLIS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Constellis, LLC ("Defendant"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), moves to dismiss the Complaint filed by Plaintiff Lester Blount ("Plaintiff") with prejudice for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. The grounds in support of Defendant's Motion to Dismiss are set forth in the Statement of Points and Authorities in Support filed contemporaneously herewith.

Dated: September 24, 2025

Respectfully submitted,

By: */s/ Richard J. Batzler*

Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice* forthcoming)
ibabichenko@mcguirewoods.com

Daniel P. Peyton
(*pro hac vice* forthcoming)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2025, a copy of the foregoing was electronically filed with the Court and served via CM/ECF Notice of Electronic Filing and first-class mail, postage prepaid, on all counsel and parties of record.

David A. Branch
Law Offices of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036

By: */s/ Richard J. Batzler*