**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LESTER BLOUNT,**
6025 Wedgewood Village Circle
Lake Worth, Florida 33463

***Plaintiff,***

**Case No.**
Removed from the D.C. Superior Court
(Civil Action No. 2025-CAB-005267)

**v.**

**CONSTELLIS, LLC,**
13530 Dulles Technology Dr, Ste 500
Herndon, VA, 20171

***Defendant.***

**DECLARATION OF JOHN BOLEN**

1. My name is John O. Bolen, and I am currently the Vice President, Investigative Services Group, for Constellis, LLC ("Constellis"). I have held this position since March 30, 2025. I have personal knowledge of the facts contained in this Declaration.

2. Constellis is a limited liability company formed under the laws of the State of Delaware. Constellis maintains its headquarters in Herndon, Virginia.

3. Constellis is a shared services provider for Constellis Holdings, Inc. and its affiliates. As such, through its employees, Constellis provides administrative, payroll, finance, and related support services to Constellis Holdings, Inc. and its affiliates.

4. Constellis does not have property, offices, or other facilities in the District of Columbia. Constellis is not registered to do business in the District of Columbia and does not have, and has never had, any contracts or projects in the District of Columbia. Constellis has one employee who works physically in the District of Columbia. However, that work is related to a federal

JOB

protective services contract and has no connection to Lester Blount or the allegations in the Complaint. Otherwise, Constellis performs no work in the District of Columbia.

5. Constellis is not a government contractor and does not hold any contracts with the government including those named in the Complaint filed against Constellis, LLC by Lester Blount: "UNIcycle," "Raspberry," and "Excalibur." *See* Compl. ¶ 31.

6. Constellis has never hired, employed, contracted with, or otherwise retained the services of Mr. Blount. Mr. Blount has never performed work for Constellis.

7. Constellis has never performed a background check or credit check on Mr. Blount.

8. Constellis has never assigned any work to Mr. Blount, denied his application for any work, added or removed him from any contract, reduced his workload, or participated in any decision-making process about the assignment of work to Mr. Blount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of September, 2025

JOHN O. BOLEN