**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**CONSTELLIS, LLC,**<br><br>***Defendant.*** | **Case No. 1:24-cv-3383** |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion to Dismiss the Complaint ("Motion to Dismiss") filed by Defendant Constellis, LLC ("Defendant"), any oppositions and replies thereto, and there being good cause shown, it is this ____ day of _______________, 2025, hereby**:**

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Complaint filed by Plaintiff Lester Blount is hereby dismissed with prejudice.

_______________________________________
United States District Judge

**LOC. CIV. R. 7(K) LIST OF INDIVIDUALS TO BE NOTIFIED**
**OF THE ENTRY OF THIS ORDER**

***Counsel for Plaintiff***

David A. Branch (D.C. Bar No. 438764)
Law Offices of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
Tel: (202) 785-2805
Fax: (202) 785-0289
davidbranch@dbranchlaw.com

***Counsel for Defendant***

Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice* forthcoming)
ibabichenko@mcguirewoods.com
Daniel P. Peyton
(*pro hac vice* forthcoming)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061