**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br>***Plaintiff,***<br>**v.**<br>**CONSTELLIS, LLC,**<br>***Defendant.*** | **Case No. 1:25-cv-3383** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL P. PEYTON**

Defendant Constellis, LLC ("Defendant"), by counsel, moves, pursuant to Local Rule 83.2(c) for admission *pro hac vice* of Daniel P. Peyton in the above matter. Attached hereto is the Declaration of Daniel P. Peyton with a certificate of good standing issued by the Supreme Court of Virginia. If admitted, Mr. Peyton will be joined as counsel of record by Richard J. Batzler, who is a member in good standing of the bar of this Court. Pursuant to Local Rule 7(m), the parties have conferred regarding this Motion, and counsel for Plaintiff consents to the Motion.

Dated: October 2, 2025

Respectfully submitted,

By: */s/ Richard J. Batzler*

Richard J. Batzler (D.C. Bar No. 90011085)
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050
rbatzler@mcguirewoods.com

*Counsel for Defendant*