**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LESTER BLOUNT,**

***Plaintiff,***

**v.**

**CONSTELLIS, LLC,**

***Defendant.***

**Case No. 1:25-cv-3383**

## [PROPOSED] ORDER

THIS MATTER comes before this Court pursuant to Defendant Constellis, LLC's Motion for Admission of Daniel P. Peyton *Pro Hac Vice*. Having reviewed Defendant's Motion and noting that Plaintiff consents to the Motion, the Court finds that good cause exists to grant the Motion.

WHEREFORE, Defendants' Motion for Admission of Daniel P. Peyton *Pro Hac Vice* is GRANTED.

**IT IS SO ORDERED**.

This the __ day of __________, 2025.

______________________________________
United States District Judge

**LOC. CIV. R. 7(K) LIST OF INDIVIDUALS TO BE NOTIFIED**
**OF THE ENTRY OF THIS ORDER**

***Counsel for Plaintiff***

David A. Branch (D.C. Bar No. 438764)
Law Offices of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
Tel: (202) 785-2805
Fax: (202) 785-0289
davidbranch@dbranchlaw.com

***Counsel for Defendants***

Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice* forthcoming)
ibabichenko@mcguirewoods.com
Daniel P. Peyton
(*pro hac vice* forthcoming)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061