AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lester Blount
*Plaintiff*
v.
Constellis, LLC
*Defendant*

Case No. 1:25-cv-3383-CKK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constellis, LLC .

Date: 10/08/2025

/s/ Igor M. Babichenko
*Attorney's signature*

Igor M. Babichenko 78255
*Printed name and bar number*

McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
*Address*

ibabichenko@mcguirewoods.com
*E-mail address*

(804) 775-1151
*Telephone number*

(804) 775-1061
*FAX number*