AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Lester Blount<br>*Plaintiff*<br>v.<br>Constellis, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:25-cv-3383-CKK |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constellis, LLC .

Date: 10/08/2025

/s/ Daniel P. Peyton
*Attorney's signature*

Daniel P. Peyton 97161
*Printed name and bar number*

McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
*Address*

dppeyton@mcguirewoods.com
*E-mail address*

(804) 775-1228
*Telephone number*

(804) 775-1061
*FAX number*