**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CONSTELLIS, LLC,**<br><br>*Defendant.* | **Civil Action No. 1:25-cv-03383-CKK** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OUT OF TIME**

Plaintiff Lester Blount, by and through undersigned counsel, respectfully moves the Court for leave to file his opposition to Defendant's Motion to Dismiss out of time, and thereof states as follows:

Defendant filed its Motion to Dismiss on September 24, 2025, the same day it removed this action from the Superior Court of the District of Columbia. Although the Motion to Dismiss was docketed on the Court's CM/ECF system, undersigned counsel did not receive the CM/ECF notice of the filing in his email, and there is no record of the notice having been received in any inbox, spam folder, or junk folder associated with counsel's accounts. Because counsel did not receive notice that the Motion to Dismiss had been filed, the response deadline was not calendared, and the failure to file an opposition by the original due date was the result of excusable neglect rather than any intent to disregard the Court's rules or deadlines. On November 18, 2025, while reviewing the docket in this case, undersigned counsel first became aware that the Motion to Dismiss had been filed and immediately prioritized preparing this Motion for Leave so that Plaintiff may file an opposition and the Court may consider the issues on the merits.

Allowing Plaintiff to file an opposition at this stage will not prejudice Defendant. The Court has not yet ruled on the Motion to Dismiss, the case is still in its early posture following removal, and no scheduling order or discovery deadlines have been entered. Defendant has already fully briefed its Motion and will not be required to undertake any additional work beyond reviewing Plaintiff's opposition and, if permitted, filing a reply. By contrast, Plaintiff would be severely prejudiced if the Motion to Dismiss were treated as conceded and the case were dismissed without the benefit of adversarial briefing. Plaintiff has prepared an opposition to the Motion to Dismiss and is prepared to file it promptly upon the Court's granting of this Motion. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Defendant regarding the relief requested herein; Defendant does not consent to this Motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time and either deem Plaintiff's opposition filed as of the date of the Court's Order or permit Plaintiff to file his opposition within seven (7) days of the Court's ruling. A proposed Order is submitted herewith.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time, deem Plaintiff's Opposition filed as of the date of the Court's Order or, in the alternative, permit Plaintiff to file his Opposition within seven (7) days of the Court's ruling, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ David A. Branch*
David A. Branch (D.C. Bar No. 438764)

Law Office of David A. Branch &
Associates, PLLC
1120 Connecticut Avenue, NW, Suite
500
Washington, D.C. 20036
Phone: (202) 785-2805
Email: davidbranch@dbranchlaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LESTER BLOUNT,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:25-cv-03383-CKK** |
| | ) | |
| **CONSTELLIS, LLC,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time, and the entire record herein, it is this ___ day of __________, 2025, hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be deemed timely filed **as of the date of this Order**; or, in the alternative, Plaintiff shall file his Opposition within seven (7) days of the date of this Order.

**SO ORDERED.**

Colleen Kollar-Kotelly
United States District Judge

Date: ____________________