**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**CONSTELLIS, LLC,**<br><br>***Defendant.*** | **Case No. 1:25-cv-3383 (CKK)** |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff Lester Blount's Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time (the "Motion for Leave" (ECF No. 11)) and Defendant Constellis, LLC's ("Defendant") opposition thereto (ECF No. 12), and there being no excusable neglect for Plaintiff's failure to file an opposition to Defendant's Motion to Dismiss (the "Motion to Dismiss" (ECF No. 3)) shown, it is this ____ day of _______________, 2025, hereby**:**

**ORDERED** that Plaintiff's Motion for Leave is **DENIED**;

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as unopposed; and it is further

**ORDERED** that the Complaint filed by Plaintiff Lester Blount is hereby dismissed with prejudice.

____________________________________
United States District Judge

**LOC. CIV. R. 7(K) LIST OF INDIVIDUALS TO BE NOTIFIED OF THE ENTRY OF THIS ORDER**

***Counsel for Plaintiff***

David A. Branch (D.C. Bar No. 438764)
Law Offices of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
Tel: (202) 785-2805
Fax: (202) 785-0289
davidbranch@dbranchlaw.com

***Counsel for Defendant***

Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice*)
ibabichenko@mcguirewoods.com
Daniel P. Peyton
(*pro hac vice*)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061