**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LESTER BLOUNT,**

***Plaintiff,***

**v.**

**CONSTELLIS, LLC,**

***Defendant.***

**Case No. 1:25-cv-3383-CKK**

**CONSTELLIS, LLC'S MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE**

Constellis, LLC ("Defendant"), by counsel, moves to strike Plaintiff's Reply in Support of his Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time ("Motion to Strike"). The grounds in support of Defendant's Motion to Strike are set forth in the Statement of Points and Authorities in Support filed contemporaneously herewith.

Dated: December 12, 2025

Respectfully submitted,

By: */s/ Richard J. Batzler*
Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice* forthcoming)
ibabichenko@mcguirewoods.com
Daniel P. Peyton
(*pro hac vice* forthcoming)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**

Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061

*Counsel for Defendant*