**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**CONSTELLIS, LLC,**<br><br>***Defendant.*** | **Case No. 1:25-cv-3383-CKK** |

**DEFENDANT CONSTELLIS, LLC'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE**

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Doe v. AFGE*,
No. 20-1558 (JDB), 2023 U.S. Dist. LEXIS 870 (D.D.C. Jan. 3, 2023) .................................1

*Morgan v. Cmty. Against Violence*,
No. 23-cv-353-WPJ/JMR, 2023 U.S. Dist. LEXIS 190181 (D.N.M. Oct. 23, 2023) ...............................................................................................................2

*Patterson v. Johnson*,
391 F. Supp. 2d 140 (D.D.C. 2005), *aff'd*, 505 F.3d 1296 (D.C. Cir. 2007) ............................1

*Safe Streets Alliance v. Hickenlooper*,
859 F.3d 865 (10th Cir. 2017) ......................................................................................1

*Williams v. Cap. One Bank*,
N.A., No.: 24-2032 (RC), 2025 U.S. Dist. LEXIS 49256, *21 (D.D.C. Mar. 18, 2025) ...............................................................................................................2

**Other Authorities**

Local Civil Rule 7(M)...............................................................................................2

Defendant Constellis, LLC ("Constellis"), by counsel, submits this Statement of Points and Authorities in Support of its Motion to Strike Plaintiff's Reply in Support of his Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time ("Motion to Strike").

## I. ARGUMENT

Constellis moves to strike Plaintiff's Reply in Support of his Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time ("Reply") for two reasons. First, Plaintiff's Reply improperly includes an affidavit that sets out new substantive matters not included in Defendant's Opposition brief. Second, Plaintiff's Reply includes a fabricated citation to the supposed case "*Payne v. District of Columbia*, 859 F.3d 883 (D.C. Cir. 2017)," which does not appear to exist and calls into question the veracity of the legal propositions contained in the Reply. The Court has inherent authority to manage its docket, including to strike improvident filings. *Doe v. AFGE*, No. 20-1558 (JDB), 2023 U.S. Dist. LEXIS 870, *7–9 (D.D.C. Jan. 3, 2023) (citations omitted). It should exercise that authority to strike Plaintiff's Reply.

First, whereas Plaintiff's Motion contained no affidavits or citation to legal authority, in his Reply, Plaintiff added a 21-paragraph affidavit that made various factual assertions, many of which were not raised in his Motion. This is not appropriate. "It is well established that this court will not entertain arguments raised for the first time in a party's reply brief. The same principle applies to newly proffered evidence attached to a reply brief." *Patterson v. Johnson*, 391 F. Supp. 2d 140, 142 n.1 (D.D.C. 2005), *aff'd*, 505 F.3d 1296 (D.C. Cir. 2007) (striking affidavits appended to reply brief). Plaintiff's affidavit should be stricken.

Second, Plaintiff's Reply makes at least three references to the alleged case "*Payne v. District of Columbia*, 859 F.3d 883 (D.C. Cir. 2017)." *See* Reply at 6, 8, 9. Undersigned counsel was unable to find any such case after multiple searches. Plaintiff's citation to the federal reporter leads to the Tenth Circuit opinion in *Safe Streets Alliance v. Hickenlooper*, 859 F.3d 865 (10th Cir. 2017), which

does not stand for the proposition asserted in Plaintiff's brief. Since reviewing Plaintiff's Reply, Defendant has contacted Plaintiff four times to inquire into this citation, but has yet to receive a response. "It is not acceptable for parties to submit filings to the Court containing citations to legal authority that does not exist . . . ." *Williams v. Cap. One Bank*, N.A., No.: 24-2032 (RC), 2025 U.S. Dist. LEXIS 49256, *21 (D.D.C. Mar. 18, 2025). "[M]any harms flow" from the filing of fake or nonexistent legal opinions, "including wasting the opposing party's time and money, the Court's time and resources, and reputational harms to the legal system (to name a few)." *Morgan v. Cmty. Against Violence*, No. 23-cv-353-WPJ/JMR, 2023 U.S. Dist. LEXIS 190181, *18 (D.N.M. Oct. 23, 2023). Plaintiff's citation calls into question the propositions in his Reply and warrants the Court's exercise of its discretion to strike the Reply brief.

## II. LOCAL CIVIL RULE 7(M) STATEMENT

Defendant made multiple attempts to resolve these issues with counsel for Plaintiff. After discovering the erroneous "*Payne*" citation, on November 26, 2025, undersigned counsel emailed counsel for Plaintiff and requested a copy of the case. Plaintiff did not respond. Thereafter, on December 2, 2025, undersigned counsel sent a second email asking counsel for Plaintiff for a copy of the *Payne* case and highlighting the apparently erroneous citation. Counsel for Plaintiff did not respond. On December 3, undersigned counsel sent a third email to Plaintiff asking to confer on Plaintiff's proposed motion to strike, including regarding the erroneous citation and the affidavit inappropriately filed with the Reply. Again, Plaintiff did not respond.

Finally, on the morning of December 12, 2025, undersigned counsel called Plaintiff's counsel at the phone number listed in his pleadings to confer regarding the instant Motion to Strike. Plaintiff's counsel did not answer, and undersigned counsel left a voicemail requesting a call back and indicating that Defendant was prepared to file the instant Motion to Strike. As of the time of this filing, Plaintiff's counsel has not returned that call.

## III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court grant Defendant's Motion to Strike and strike Plaintiff's Reply and the affidavit included therein.

Dated: December 12, 2025

Respectfully submitted,

By: */s/ Richard J. Batzler*
Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice* forthcoming)
ibabichenko@mcguirewoods.com
Daniel P. Peyton
(*pro hac vice* forthcoming)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061

*Counsel for Defendant*