**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESTER BLOUNT,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**CONSTELLIS, LLC,**<br><br>***Defendant.*** | **Case No. 1:25-cv-3383-CKK** |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Constellis, LLC's Motion to Strike Plaintiff's Reply in Support of his Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time (the "Motion to Strike" (ECF No. 14)), and based on the Court's inherent authority to manage its docket, it is this ____ day of _______________, 2025, hereby**:**

**ORDERED** that Plaintiff's Motion to Strike is **GRANTED**; and it is further

**ORDERED** that Defendant's Reply in Support of his Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time, and the Affidavit included therewith, is hereby **STRICKEN**.

.

______________________________________
United States District Judge

**LOC. CIV. R. 7(K) LIST OF INDIVIDUALS TO BE NOTIFIED**
**OF THE ENTRY OF THIS ORDER**

***Counsel for Plaintiff***

David A. Branch (D.C. Bar No. 438764)
Law Offices of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
Tel: (202) 785-2805
Fax: (202) 785-0289
davidbranch@dbranchlaw.com

***Counsel for Defendant***

Richard J. Batzler (D.C. Bar No. 90011085)
rbatzler@mcguirewoods.com
**McGuireWoods LLP**
1750 Tysons Blvd, Ste 1800
Tysons, VA 22102
Tel: (703) 712-5323
Fax: (703) 712-5050

Igor M. Babichenko
(*pro hac vice*)
ibabichenko@mcguirewoods.com
Daniel P. Peyton
(*pro hac vice*)
dppeyton@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061