**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LESTER BLOUNT,** *Plaintiff,* v. **CONSTELLIS, LLC,** *Defendant.* | ) | **Case No. 1:25-cv-3383-CKK** |

**PLAINTIFF'S MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STRIKE**

Plaintiff Lester Blount (hereinafter "Plaintiff"), by and through counsel, hereby files this Motion for a One-Week Extension of Time to file his Opposition to Defendant's Motion to Strike, and thereof states as follows.

Plaintiff's opposition to Defendant's Motion to Strike/Dismiss is currently due on December 26, 2025. Plaintiff respectfully requests a one-week extension of time, through January 2, 2026, to file the opposition. Good cause exists for granting the requested relief. Counsel for Plaintiff's office is closed for the holidays and the attorney with lead responsibility for this case is on medical leave. Accordingly, Plaintiff requests a one-week extension of time, through January 2, 2026, to file his opposition.

Counsel for Plaintiff contacted counsel for Defendant to obtain their position on this motion. Defendant did not respond at the time this motion was filed.

Date: December 26, 2025

Respectfully submitted,

*/s/ David A. Branch*
David A. Branch (D.C. Bar No. 438764)

Law Office of David A. Branch &
Associates, PLLC
1120 Connecticut Avenue, NW, Suite
500
Washington, D.C. 20036
Phone: (202) 785-2805
Email: davidbranch@dbranchlaw.com
*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of December 2025, I filed the foregoing using the Court's CM/ECF electronic filing system, which automatically serves all counsels of record below who are registered CM/ECF users in this matter:

Richard J. Batzler (D.C. Bar No. 90011085) — rbatzler@mcguirewoods.com
McGuireWoods LLP, 1750 Tysons Blvd., Ste 1800, Tysons, VA 22102; Tel (703) 712-5000

Igor M. Babichenko (pro hac vice forthcoming) — ibabichenko@mcguirewoods.com

Daniel P. Peyton (pro hac vice forthcoming) — dppeyton@mcguirewoods.com
McGuireWoods LLP, Gateway Plaza, 800 East Canal Street, Richmond, VA 23219; Tel (804) 775-1000

*Counsels for Defendant*

*<u>/s/ David A. Branch</u>*
David A. Branch

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LESTER BLOUNT,** | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **Civil Action No. 1:25-cv-03383-CKK** |
| **CONSTELLIS, LLC,** | ) | |
| *Defendant.* | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for a One-Week Extension of Time to File Opposition to Defendant's Motion to Strike, it is hereby:

**ORDERED t**hat Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall file his Opposition on or before January 2, 2026.

**SO ORDERED.**

Date: __________________

____________________________
Colleen Kollar-Kotelly
United States District Judge