**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LESTER BLOUNT** | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **Civil Action No. 1:25-cv-03383-CKK** |
| **CONSTELLIS, LLC** | ) | **Hon. Colleen Kollar-Kotelly** |
| *Defendant.* | ) | |

**<u>PLAINTIFF'S MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiff Lester Blount ("Plaintiff"), by and through undersigned counsel, respectfully moves for a one-week extension of time to file Plaintiff's Opposition to Defendant's Motion to Dismiss. In support thereof, Plaintiff states as follows.

On August 7, 2026, the Court granted Plaintiff's Motion for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time and ordered Plaintiff to file his Opposition no later than August 14, 2026. The Court further ordered Defendant to file any Reply no later than August 25, 2026. Plaintiff respectfully requests an additional one week, through August 21, 2026, to file his Opposition. Good cause exists for the requested extension. Counsel for Plaintiff must file an Opposition to Motion for Summary Judgment in *Jessica Aviles v. Compass Group USA, Inc.* before the United States District Court for the District of Columbia on August 17, 2026; an Opposition to Motion to Dismiss in *Twanda Winston-King v. Communications Workers of America/Association of Flight Attendants–CWA* before the United States District Court for the District of Columbia on August 17, 2026; and an Opposition to Motion for Summary Judgment in *Crystal Vogler v. Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services* before the Equal

Employment Opportunity Commission on August 21, 2026. Finally, a senior member of counsel's staff has been on emergency medical leave following a serious automobile accident on August 7, 2026. Accordingly, Plaintiff respectfully requests a brief one-week extension, through August 21, 2026, to file his Opposition to Defendant's Motion to Dismiss. To maintain an appropriate briefing schedule, Plaintiff further requests that Defendant's deadline to file any Reply be extended by one week, from August 25, 2026, through September 1, 2026.

Counsel for Plaintiff conferred with counsel for Defendant pursuant to Local Civil Rule 7(m). Defendant does not oppose the requested extension.

**WHEREFORE**, Plaintiff Lester Blount respectfully requests that the Court extend Plaintiff's deadline to file his Opposition to Defendant's Motion to Dismiss through August 21, 2026, extend Defendant's deadline to file any Reply through September 1, 2026, and grant such other and further relief as the Court deems just and proper.

Date: August 13, 2026

Respectfully submitted,

*/s/ David A. Branch*

David A. Branch (D.C. Bar No. 438764)
Law Office of David A. Branch & Associates, PLLC
1120 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Phone: (202) 785-2805
Email: davidbranch@dbranchlaw.com

*Counsel for Plaintiff.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2026, I filed the foregoing using the Court's CM/ECF electronic filing system, which automatically serves all counsel of record below who are registered CM/ECF users in this matter:

Igor M. Babichenko
MCGUIRE WOODS LLP
800 East Canal Street
Richmond, VA 23116
804-775-1151
Fax: 804-775-1061
Email: ibabichenko@mcguirewoods.com
*LEAD ATTORNEY*
*PRO HAC VICE*

Daniel Philip Peyton
MCGUIRE WOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
804-775-1228
Fax: 804-698-2198
Email: dppeyton@mcguirewoods.com
*PRO HAC VICE*

Richard J. Batzler
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
703-712-5323
Email: rbatzler@mcguirewoods.com

*Counsel for Defendant.*

*/s/ David A. Branch*
David A. Branch

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LESTER BLOUNT** | ) | |
| ***Plaintiff,*** | ) | |
| v. | ) | **Civil Action No. 1:25-cv-03383-CKK** |
| **CONSTELLIS, LLC** | ) | **Hon. Colleen Kollar-Kotelly** |
| ***Defendant.*** | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for a One-Week Extension of Time to File Opposition to Defendant's Motion to Dismiss, it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall file his Opposition to Defendant's Motion to Dismiss on or before August 21, 2026; and it is further

**ORDERED** that Defendant shall file any Reply in support of its Motion to Dismiss on or before September 1, 2026.

Date: ________________

______________________
Colleen Kollar-Kotelly
United States District Judge