**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LESTER BLOUNT,<br>Plaintiff,<br>v.<br>CONSTELLIS, LLC.,<br>Defendant. | Civil Action No. 25-3383 (CKK) |

**ORDER**
(September 18, 2026)

For the reasons stated in the accompanying Memorandum Opinion, it is this 18th day of September 2026, hereby

ORDERED that Defendant's [3] Motion to Dismiss, which includes an alternative request to transfer venue "to the Eastern District of Virginia," is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART**. Specifically, the Court shall, in an exercise of its discretion and pursuant to 28 U.S.C. § 1404(a), **GRANT** Defendant's request to transfer venue to the United States District Court for the Eastern District of Virginia. The Court shall **DENY WITHOUT PREJUDICE** Defendant's Motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) so that Defendant may refile it, if appropriate, upon transfer to the United States District Court for the Eastern District of Virginia.

**SO ORDERED**

Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE