CLOSED,JURY,TYPE−H

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:25−cv−03383−CKK

BLOUNT v. CONSTELLIS, LLC
Assigned to: Judge Colleen Kollar−Kotelly
Demand: $1,000,000
Case in other court: Superior Court of DC, 2025−CAB−005267
Cause: 42:1981 Job Discrimination (Race)

Date Filed: 09/24/2025
Date Terminated: 09/18/2026
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**LESTER BLOUNT** represented by

**David A. Branch**
LAW OFFICE OF DAVID A. BRANCH
1120 Connecticut Avenue, NW
Ste 500
Washington, DC 20036
202−785−2805
Email: davidbranch@dbranchlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CONSTELLIS, LLC.** represented by

**Igor M. Babichenko**
MCGUIRE WOODS LLP
800 East Canal Street
Richmond, VA 23116
804−775−1151
Fax: 804−775−1061
Email: ibabichenko@mcguirewoods.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Philip Peyton**
MCGUIRE WOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
804−775−1228
Fax: 804−698−2198
Email: dppeyton@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Batzler**
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800

Tysons, VA 22102
703−712−5323
Email: rbatzler@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2025 | Ï 1 | NOTICE OF REMOVAL from Superior Court of the District of Columbia, case number 2025−CAB−005267 Filing fee $ 405, receipt number ADCDC−11980393 filed by CONSTELLIS, LLC. (Attachments: # 1 Exhibit 1 − State Court Filings, # 2 Exhibit 2 − State Court Notice of Filing Removal, # 3 Civil Cover Sheet)(Batzler, Richard) (Entered: 09/24/2025) |
| 09/24/2025 | Ï 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CONSTELLIS, LLC (Batzler, Richard) (Entered: 09/24/2025) |
| 09/24/2025 | Ï 3 | MOTION to Dismiss *Plaintiff's Complaint* by CONSTELLIS, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 − Decl. of J. Bolan, # 3 Text of Proposed Order)(Batzler, Richard) (Entered: 09/24/2025) |
| 09/25/2025 | Ï | Case Assigned to Judge Colleen Kollar−Kotelly. (znmw) (Entered: 09/25/2025) |
| 09/25/2025 | Ï 4 | NOTICE to Counsel/Party re 1 Notice of Removal, (Attachments: # 1 Notice and Consent)(znmw) (Entered: 09/25/2025) |
| 09/29/2025 | Ï 5 | Receipt on 9/29/2025 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 2025−CAB−5267. (mg) (Entered: 09/30/2025) |
| 10/01/2025 | Ï 6 | ORDER ESTABLISHING PROCEDURESFOR CIVIL CASES ASSIGNED TO JUDGE COLLEEN KOLLAR−KOTELLY. Signed by Judge Colleen Kollar−Kotelly on 10/1/2025. (lcckk3) (Entered: 10/01/2025) |
| 10/02/2025 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Igor M. Babichenko, Filing fee $ 100, receipt number ADCDC−12000922. Fee Status: Fee Paid. by CONSTELLIS, LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Batzler, Richard) (Entered: 10/02/2025) |
| 10/02/2025 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Daniel P. Peyton, Filing fee $ 100, receipt number ADCDC−12000939. Fee Status: Fee Paid. by CONSTELLIS, LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Batzler, Richard) (Entered: 10/02/2025) |
| 10/06/2025 | Ï | MINUTE ORDER granting 7 Motion for Leave to Appear Pro Hac Vice with respect to Igor M. Babichenko, in order for him to appear as co−counsel for Defendant, CONTINGENT on said attorney filing a declaration certifying familiarity with this Court's Local Rules by no later than October 20, 2025. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Colleen Kollar−Kotelly on 10/6/2025. (lcckk3) (Entered: 10/06/2025) |
| 10/06/2025 | Ï | MINUTE ORDER granting 8 Motion for Leave to Appear Pro Hac Vice with respect to Daniel P. Peyton, in order for him to appear as co−counsel for Defendant, CONTINGENT on said attorney filing a declaration certifying familiarity with this Court's Local Rules by no later than October 20, 2025. Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a) Click for instructions. Signed by Judge Colleen Kollar−Kotelly on 10/6/2025. (lcckk3) (Entered: 10/06/2025) **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Colleen Kollar−Kotelly on 10/6/2025. (lcckk3) (Entered: 10/06/2025) |
| 10/08/2025 | Ï 9 | NOTICE of Appearance by Igor M. Babichenko on behalf of CONSTELLIS, LLC (Babichenko, |

| | | |
|---|---|---|
| | | Igor) (Entered: 10/08/2025) |
| 10/08/2025 | Ï 10 | NOTICE of Appearance by Daniel Philip Peyton on behalf of CONSTELLIS, LLC (Peyton, Daniel) (Entered: 10/08/2025) |
| 11/18/2025 | Ï 11 | MOTION for Leave to File *Opposition to Defendants Motion to Dismiss Out of Time* by LESTER BLOUNT. (Branch, David) (Entered: 11/18/2025) |
| 11/19/2025 | Ï 12 | Memorandum in opposition to re 11 MOTION for Leave to File *Opposition to Defendants Motion to Dismiss Out of Time* filed by CONSTELLIS, LLC. (Attachments: # 1 Text of Proposed Order)(Batzler, Richard) (Entered: 11/19/2025) |
| 11/25/2025 | Ï 13 | REPLY to opposition to motion re 11 Motion for Leave to File filed by LESTER BLOUNT. (Attachments: # 1 Affidavit)(Branch, David) (Entered: 11/25/2025) |
| 12/12/2025 | Ï 14 | MOTION to Strike 13 Reply to opposition to Motion *for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time* by CONSTELLIS, LLC. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Batzler, Richard) (Entered: 12/12/2025) |
| 12/26/2025 | Ï 15 | MOTION for Extension of Time to File *Opposition to Defendants Motion to Strike* by LESTER BLOUNT. (Branch, David) (Entered: 12/26/2025) |
| 12/29/2025 | Ï | MINUTE ORDER granting 15 Motion for Extension of Time to File. Plaintiff's deadline to respond is now January 2, 2026. This is the final extension. Signed by Judge Colleen Kollar−Kotelly on 12/29/2025. (lcckk3) (Entered: 12/29/2025) |
| 12/30/2025 | Ï | Set/Reset Deadlines: Plaintiff's Response due by 1/2/2026. (hmc) (Entered: 12/30/2025) |
| 01/02/2026 | Ï 16 | Memorandum in opposition to re 14 MOTION to Strike 13 Reply to opposition to Motion *for Leave to File Opposition to Defendant's Motion to Dismiss Out of Time* filed by LESTER BLOUNT. (Branch, David) (Entered: 01/02/2026) |
| 08/07/2026 | Ï 17 | MEMORANDUM OPINION AND ORDER granting Plaintiff's 11 Motion for Leave to File an Opposition Out of Time (based on excusable neglect); granting in part and denying in part Defendant's 14 Motion to Strike Plaintiff's Reply (by striking references to the Payne case). See Memorandum Opinion and Order for details. Plaintiff's Response to the Motion to Dismiss is due by 8/14/2026. Defendant's Reply, if any, is due by 8/25/2026. Signed by Judge Colleen Kollar−Kotelly on 08/07/2026. (DM) (Entered: 08/07/2026) |
| 08/13/2026 | Ï 18 | Unopposed MOTION for Extension of Time to File Response/Reply by LESTER BLOUNT. (Branch, David) (Entered: 08/13/2026) |
| 08/14/2026 | Ï | MINUTE ORDER granting Plaintiff's 18 Unopposed Motion for Extension of Time to File Response re: Defendant's 3 MOTION to Dismiss: Plaintiff's Response due by 8/21/2026; Defendant's Reply due by 9/1/2026. Signed by Judge Colleen Kollar−Kotelly on 8/14/2026. (DM) (Entered: 08/14/2026) |
| 08/21/2026 | Ï 19 | Memorandum in opposition to re 3 MOTION to Dismiss *Plaintiff's Complaint* filed by LESTER BLOUNT. (Branch, David) (Entered: 08/21/2026) |
| 09/01/2026 | Ï 20 | REPLY to opposition to motion re 3 Motion to Dismiss filed by CONSTELLIS, LLC.. (Babichenko, Igor) (Entered: 09/01/2026) |
| 09/02/2026 | Ï | MINUTE ORDER: As a possible alternative to dismissing this case, Defendant has moved to "transfer this action to the Eastern District of Virginia." Def.'s Reply in Support of Motion to Dismiss, ECF No. 20, at 15 and n.8. Because this alternative was presented in Defendant's Reply, the Court requests that Plaintiff indicate its position as to a possible "transfer [of] this action to the Eastern District of Virginia." Plaintiff's Surreply is due by 9/10/2026, and it shall be limited to |

| | | |
|---|---|---|
| | | addressing the transfer issue. Signed by Judge Colleen Kollar−Kotelly on 9/2/2026. (DM) (Entered: 09/02/2026) |
| 09/10/2026 | Ï 21 | SURREPLY to *REGARDING POSSIBLE TRANSFER TO THE EASTERN DISTRICT OF VIRGINIA* filed by LESTER BLOUNT. (Branch, David) (Entered: 09/10/2026) |
| 09/18/2026 | Ï 22 | ORDER granting in part and denying without prejudice in part Defendant's 3 Motion to Dismiss, which includes an alternative request to transfer venue. Specifically, the Court GRANTS the transfer of venue to the United States District Court for the Eastern District of Virginia, and DENIES WITHOUT PREJUDICE Defendant's motion to dismiss pursuant to Rule 12(b)(6). See Order and accompanying Memorandum Opinion for details. Signed by Judge Colleen Kollar−Kotelly on 9/18/2026. (DM) (Entered: 09/18/2026) |
| 09/18/2026 | Ï 23 | MEMORANDUM OPINION RE: Defendant's 3 Motion to Dismiss/Request to Transfer. A separate Order has been filed. Signed by Judge Colleen Kollar−Kotelly on 9/18/2026. (DM) (Entered: 09/18/2026) |
| 09/18/2026 | Ï | Set/Reset Deadlines: Transfer due by 10/2/2026. (dot) (Entered: 09/18/2026) |